UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIJAY BHUSHAN,

Plaintiff,

v.

BRIAN KIBLER,

Defendant.

Case No. 20-cv-03767-NC

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED AS MOOT**

Re: ECF 28

This case has been stayed pending state court proceedings since August 17, 2020. ECF 28 at 1. On August 3, 2026, Plaintiff Vijay Bhushan filed a case status update reporting that his state habeas corpus petition has settled, and he has been resentenced. *Id.* at 2. The state court proceedings have been completed, so the stay in this case should be lifted. *Id.* at 2–3. However, this case is a federal habeas petition which presents similar issues to those raised in the state court proceeding and Bhushan no longer has a murder conviction. *Id.* Accordingly, Plaintiff must show cause in writing by October 7, 2026, why the Court should not dismiss this case as moot.

**IT IS SO ORDERED.**

Dated: August 4, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge